EISNER v. STERN.

(Supreme Court, General Term, First Department.   October 18, 1895.)

Appeal from special term, New York county.
Action by Mark H. Eisner against Joseph Stern, as executor.   From an order denying a motion to direct defendant Stern to make his answer more definite and certain, said defendant appeals.   Reversed.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.

George W. Carr, for appellant.
Steinhardt & Goldman, for respondent.

PER CURIAM.   For the reasons stated in the case of Eisner v. Eisner (herewith handed down) 35 N. Y. Supp. 393, the order should be affirmed, with $10 costs and disbursements.